IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER C. HUTCHINSON
ADC #107993                                                                                    PLAINTIFF

v.                                           4:12-cv-00591-KGB-JJV

PULASKI COUNTY                                                                            DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The complaint (Dkt. No. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of the complaint constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 8th day of November, 2012.

_____
Kristine G. Baker
United States District Judge