**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CHRISTOPHER C. HUTCHINSON
ADC #107993**                                                                   **PLAINTIFF**

**v.**                              **4:12-cv-00591-KGB-JJV**

**PULASKI COUNTY**                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 8th day of November, 2012.

_____
Kristine G. Baker
United States District Judge